MISS SUSAN, INC., et al., Appellants and Respondents, *v.* ENTERPRISE & CENTURY UNDERGARMENT CO., INC., Respondent and Appellant.

Argued May 23, 1947; decided July 2, 1947.

*Irwin Isaacs* and *Edward Kurland* for defendant-respondent-appellant.

*Milton N. Mound, Julius J. Abeson* and *Ira Schlusselberg* for plaintiffs-appellants-respondents.

Judgment affirmed, without costs; no opinion. [See 297 N. Y. 884.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.